IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL TYRONE EDMOND                                                PLAINTIFF

v.                          NO. 4:20-cv-00857 PSH

ANDREW SAUL, Commissioner of                                         DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 8th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE